# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

YVETTE RAMIREZ

    VS                                    CASE NO.   5:07cv6/SPM/MD

MICHAEL ASTRUE, COMMISSIONER OF
SOCIAL SECURITY

## REFERRAL AND ORDER

Referred to Magistrate Judge Davis on   May 24, 2007
Type of Motion/Pleading: MOTION FOR ENLARGEMENT OF TIME UNTIL 6/15/2007 IN WHICH TO FILE MEMORANDUM IN SUPPORT OF COMPLAINT.
Filed by: PLAINTIFF   on 5/24/07   Document 13
( X ) Stipulated/Consented/Joint Pleading
RESPONSES:
                                      on               Doc.#
                                      on               Doc.#
                                    WILLIAM M. McCOOL, CLERK OF COURT

                                    /s/ Teresa Cole
                                    Deputy Clerk: Teresa Cole

## ORDER

Upon consideration of the foregoing, it is ORDERED this 25th day of May, 2007, that:

(a)   The requested relief is GRANTED.

(b)   _____

/s/ Miles Davis

MILES DAVIS
UNITED STATES MAGISTRATE JUDGE


Entered On Docket: _____   By: ___
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to: _____

Document No.